Rita CRAWFORD–GRAHAM,
Claimant/Appellant,

v.

CONVERGYS CUSTOMER MANAGE-MENT GROUP, INC., and Division of
Employment Security, Respondents.

No. ED 100177.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 18, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
29, 2014.

John J. Ammann, St. Louis University Legal Clinic, St. Louis, MO, for appellant.

Sara Hilary Harrison, Jefferson City, MO, for Division of Employment Security.

Robert Grant Pennell, The Law Offices of Robert G. Pennell, LLC, Manchester, MO, for Convergys Customer Management Group, Inc.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

## ORDER

PER CURIAM.

Rita Crawford–Graham appeals from a decision of the Labor and Industrial Relations Commission denying her unemployment benefits. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).